UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEROME REYES, an individual, | Case No. C18-1140RSM |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND DEADLINE FOR DEFENDANTS |
| vs. | TO SERVE RESPONSIVE PLEADING |
| JARED DODSON and JOSHUA DODSON, individuals, | |
| Defendants. | |

This matter has come before the Court on defendants Jared Dodson's and Joshua Dodson's motion to extend the deadline for them to serve a responsive pleading, pursuant to Federal Rule of Civil Procedure 6(b). Plaintiff has failed to respond. Pursuant to Local Civil Rule 7(b)(2), the Court considers such failure to be "an admission that the motion has merit."

The Court has considered Defendants' submissions, supporting materials, and pleadings, and being fully advised thereof,

IT IS HEREBY ORDERED that the Motion is GRANTED. The deadline for defendants Jared Dodson and Joshua Dodson to serve their responsive pleading is extended by 21 days to September 25, 2018.

Dated this 30th day of August, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER -- 1