# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| JEROME REYES, an individual, | CASE NO. C18-1140RSM |
|---|---|
| Plaintiffs, | ORDER OF DISMISSAL |
| v. | |
| JARED DODSON and JOSHUA DODSON, individuals, | |
| Defendants. | |

This matter is before the Court on Plaintiff's Order of Dismissal with Prejudice. Dkt. #11. The Court notes that Defendants have not stipulated to the filing and have not signed the copy of the settlement agreement filed by Plaintiff. *Id.* However, Defendants also have not answered and Plaintiff therefore has the absolute right to voluntarily dismiss the action. Fed. R. Civ. P. 41(a)(1)(A). Despite the noted deficiencies, Plaintiff's filing makes clear that he desires the action to be dismissed with prejudice and the Court therefore treats it as a notice of voluntary dismissal with prejudice. Accordingly, the Court hereby ORDERS:

1) To the extent Plaintiff's voluntary dismissal requires a Court order, Plaintiff's Order of Dismissal with Prejudice (Dkt. #11) is GRANTED;
2) Plaintiff's claims are DISMISSED with prejudice; and
3) This matter is now CLOSED.

Dated this 18 day of September, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1